1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  DAVID CALLAWAY (CABN 121782)
   Chief, Criminal Division
3  JOSE A. OLIVERA (CABN 279741)
   Assistant United States Attorney
4
   450 Golden Gate Avenue, Box 36055
5  San Francisco, California 94102-3495
   Telephone: (415) 436-6888
6  Facsimile: (415) 436-7009
   Email: jose.olivera@usdoj.gov
7  Attorneys for the United States of America

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          OAKLAND DIVISION

11 UNITED STATES OF AMERICA,          )   CR CASE NO. 3:15- 00725-JST
                                      )
12         Plaintiff,                 )
                                      )   **STIPULATION AND [PROPOSED]**
13     v.                             )   **ORDER TO CONTINUE HEARING &**
                                      )   **TO ENLARGE TIME FOR THE**
14 BRIANA WATERS,                     )   **UNITED STATES' TO RESPOND TO**
                                      )   **DEFENDANT'S MOTION TO**
15         Defendant.                 )   **TERMINATE SUPERVISED**
                                      )   **RELEASE**
16                                    )
                                      )   Date: July 31, 2015
17                                    )   Time: 9:30 a.m.
                                      )   Location: Courtroom 9, 19th Floor
18                                    )             450 Golden Gate Avenue
                                      )             San Francisco, California 94102
19                                    )
                                      )
20                                    )

21

22      The United States of America and defendant Briana Waters, through their undersigned counsel

23 and through this stipulation, respectfully request that the Court continue the hearing regarding

24 Defendant's Motion to Terminate Supervised Release (the "Motion") set for July 31, 2015, at 9:30 a.m.,

25 to August 28, 2015, at 9:30 a.m.  Additionally, the parties request that the Court grant the United States

26 an enlargement of time to August 14, 2015, to respond to the Motion.

27

28

Stipulation And [Proposed] Order To Continue Hearing &
Enlarge Time; 15-00725

                                            1

A continuance and enlargement of time are necessary because the United States only became aware of this matter today. On July 6, 2015, Defendant filed the Motion seeking an early termination of her supervised release term. The United States response was due on July 20, 2015, and a hearing is scheduled for July 31, 2015. But the United States did not receive notice of the Motion. Consequently, the United States needs additional time to contact Probation and obtain its views regarding early termination of Defendant's supervised release term, and to prepare a response to the Motion. Accordingly, the Court should grant the parties' requests for a continuance and an enlargement of time.

Stipulated and Agreed to By:

Dated: July 27, 2015.    *s/ Jose A. Olivera*
JOSE A. OLIVERA
Assistant United States Attorney
Tax Division
*Attorney for the United States*

Dated: July 27, 2015.    *s/ Dennis P. Riordan*
DENNIS P. RIORDAN
523 Octavia Street
San Francisco, CA 94102
*Attorney for Defendant*

1 **[PROPOSED] ORDER**

2   For the reasons stated in the stipulation above, the Court hereby:

3   1. Continues the hearing regarding Defendant's Motion to Terminate Supervised
4   Release set for July 31, 2015, at 9:30 a.m., to August 28, 2015, at 9:30 a.m.; and
5   2. Grants the parties' request to enlarge time to August 14, 2015, for the United States to
6   respond to Defendant's Motion to Terminate Supervised Release.

7   **IT IS SO ORDERED**.

9   DATED: July 28, 2015

10  THE HONORABLE
    UNITED STATES DISTRICT COURT JUDGE



Stipulation And [Proposed] Order To Continue Hearing &
Enlarge Time; 15-00725

3