DENNIS P. RIORDAN, No. 69320
dennis@riordan-horgan.com
DONALD M. HORGAN, No. 121547
don@riordan-horgan.com
RIORDAN & HORGAN
523 Octavia Street
San Francisco, CA 94102
Tel.: (415) 431-3472

Attorneys For Defendant
BRIANA WATERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                                )<br>                            Plaintiff,    )<br>      v.                                                   )<br>                                                                )<br>BRIANA WATERS,                              )<br>                                                                )<br>                            Defendant.  )<br>                                                                )<br>                                                                )<br>                                                                ) | No. CR 13-00725 JST<br><br>STIPULATION TO CONTINUE MOTION TO TERMINATE SUPERVISED RELEASE HEARING DATE; [PROPOSED] ORDER<br><br>**Date: August 28, 2015**<br>**Time: 9:30 a.m.**<br>**Location: San Francisco**<br>**            Honorable Jon S. Tigar** |

The above-captioned matter is presently on calendar for a motion hearing to terminate supervised release on August 28, 2015 at 9:30 a.m. in San Francisco. Counsel for defendant will not be available on that date. The parties have agreed to continue the matter.

IT IS HEREBY STIPULATED that the hearing presently scheduled on Friday,

//

//

Stipulation to Continue Hearing Date
*United States v. Briana Waters* No. CR 13-00725 JST

1  August 28, 2015 at 9:30 a.m. in San Francisco be continued to Friday, September 4, 2015
2  at 9:30 a.m. in Oakland.

4  Dated: August 20, 2015            /s/ Dennis P. Riordan
                                    DENNIS P. RIORDAN
5                                   Attorney for Defendant
                                    BRIANA WATERS

8  Dated: August 20, 2015            /s/ Jose A. Olivera
                                    Assistant U.S. Attorney
9                                   Tax Division
                                    Attorney for United States

### [PROPOSED] ORDER

IT IS HEREBY ORDERED that the hearing presently scheduled for August 28, 2015 be continued to September 4, 2015 at 9:30 a.m. in Oakland.

Dated: August 20, 2015

HONORABLE JON S. TIGAR
United States District Judge

IT IS SO ORDERED
Judge Jon S. Tigar

Stipulation to Continue Hearing Date
*United States v. Briana Waters* No. CR 13-00725 JST         2